# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL KOZLOWSKI | § | Case No. 16-15612 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/06/2016 . The undersigned trustee was appointed on 05/06/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    355,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 30,848.49 |
   | Bank service fees | 80.09 |
   | Other payments to creditors | 310,569.63 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 13,501.79 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 09/15/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 21,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,500.00 , for a total compensation of $ 11,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2017                By:/s/Miriam R. Stein
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-15612 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL KOZLOWSKI | | | | Date Filed (f) or Converted (c): | 05/06/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2016 |
| For Period Ending: | 08/09/2017 | | | | Claims Bar Date: | 09/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7280 LAS PLUMAS LN TUJUNGA CA 91042-0000 LOS ANGELES | 359,000.00 | 359,000.00 | | 355,000.00 | FA |
| 2. 1999 BMW 325I MILEAGE: 187,000 | 925.00 | 925.00 | | 0.00 | FA |
| 3. 2008 DODGE RAM 1500 MILEAGE: 28000 | 11,065.00 | 11,065.00 | | 0.00 | FA |
| 4. BED, DRESSER, 2 NIGHT STANDS, SOFA, LOVE SEAT, RECLINER, COF | 1,000.00 | 500.00 | | 0.00 | FA |
| 5. PATIO SET , BARBEQUE GRILL, LAWNMOWER, AND POWER TOOLS | 200.00 | 0.00 | | 0.00 | FA |
| 6. 55" FLATSCREEN TV, HOME DESKTOP COMPUTER, PLAYSTATION 3, HOM | 300.00 | 0.00 | | 0.00 | FA |
| 7. HOCKEY STICK, HOCKEY SKATES, HOCKEY HELMET, HOCKEY PADS | 150.00 | 0.00 | | 0.00 | FA |
| 8. HYDROPONIC EQUIPMENT | 800.00 | 0.00 | | 0.00 | FA |
| 9. 9 MM BERETTA | 400.00 | 50.00 | | 0.00 | FA |
| 10. NECESSARY WEARING APPAREL AND SHOES. | 250.00 | 0.00 | | 0.00 | FA |
| 11. WELLS FARGO | 700.00 | 0.00 | | 0.00 | FA |
| 12. WELLS FARGO | 50.00 | 0.00 | | 0.00 | FA |
| 13. TD WATERHOUSE | 450.00 | 0.00 | | 0.00 | FA |
| 14. EMPLOYER - 401K | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. BOAT - EBBTIDE CAMPIONE 2000 | 9,000.00 | 812.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $386,290.00    $372,352.00    $355,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's property in CA sold on 1/31/17 for $359K. All assets are fully administered. Trustee preparing final tax return.

RE PROP #      3    --    DEBTOR REAFFIRMED CAR - 9/19/16
RE PROP #      15   --    REAFFIRMED BY DEBTOR - 12/6/16.

Initial Projected Date of Final Report (TFR): 12/30/2016    Current Projected Date of Final Report (TFR): 08/15/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 16-15612 | Trustee Name: | Miriam R. Stein |
| Case Name: | MICHAEL KOZLOWSKI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8796 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8614 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 | | Escrow Time, Inc.<br>8315C Foothill Blvd.<br>Sunland, CA 91040 | Sale of Debtor's real estate | | $19,182.03 | | $19,182.03 |
| | | | Gross Receipts     $355,000.00 | | | | |
| | | Berkshire Hathaway HomeServices Real Estate | Brokers Commission     ($11,500.00) | 3510-000 | | | |
| | | COLDWELL BANKER | Brokers Commission     ($8,500.00) | 3510-000 | | | |
| | | Taxes/Pro-Rations | Real Estate Taxes     ($472.32) | 2820-000 | | | |
| | | BANK OF AMERICA | Mortgage     ($310,569.63) | 4110-000 | | | |
| | | Closing Costs/Survey | Closing Costs     ($4,776.02) | 2500-000 | | | |
| | 1 | | 7280 LAS PLUMAS LN     $355,000.00<br>TUJUNGA CA 91042-0000<br>LOS ANGELES | 1110-000 | | | |
| 03/23/17 | 101 | ZANE L. ZIELINSKI<br>THE LAW OFFICE OF ZANE L. ZIELINSKI, PC<br>6336 N. CICERO AVENUE, SUITE 201<br>CHICAGO, IL 60646 | Professional Fees Approved by Court | | | $5,600.15 | $13,581.88 |
| | | Zane L. Zielinski | ($5,300.00) | 3210-000 | | | |
| | | Zane L. Zielinski | ($300.15) | 3220-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.00 | $13,560.88 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.51 | $13,541.37 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.13 | $13,521.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $19,182.03     $5,660.79

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-15612 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | MICHAEL KOZLOWSKI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8796 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8614 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.45 | $13,501.79 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $19,182.03 | $5,680.24 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,182.03 | $5,680.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,182.03 | $5,680.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $19.45

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8796 - Checking | $19,182.03 | $5,680.24 | $13,501.79 |
|  | $19,182.03 | $5,680.24 | $13,501.79 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $335,817.97 |
| Total Net Deposits: | $19,182.03 |
| Total Gross Receipts: | $355,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-15612  
Debtor Name: MICHAEL KOZLOWSKI  
Claims Bar Date: 9/15/2016  

Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $11,500.00 | $11,500.00 |
| 100 3210 | Zane L. Zielinski<br>THE LAW OFFICE OF ZANE L. ZIELINSKI, PC<br>6336 N. Cicero Ave., Suite 201<br>Chicago, IL 60646 | Administrative | First Interim Fee App | $0.00 | $5,300.00 | $5,300.00 |
| 100 3220 | Zane L. Zielinski<br>THE LAW OFFICE OF ZANE L. ZIELINSKI, PC<br>6336 N. Cicero Ave., Suite 201<br>Chicago, IL 60646 | Administrative | Expenses for First Interim Fee App | $0.00 | $300.15 | $300.15 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,746.70 | $1,746.70 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $33.80 | $33.80 |
| 100 3510 | Berkshire Hathaway HomeServices Real Estate | Administrative | Broker's Commission (split with Coldwell Banker) | $0.00 | $11,500.00 | $11,500.00 |
| 100 3510 | COLDWELL BANKER | Administrative | Broker's Commission (split with Berkshire) | $0.00 | $8,500.00 | $8,500.00 |
| 1 280 5800 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $21,938.15 | $21,938.15 |
| 3 280 5800 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Priority | | $0.00 | $3,386.90 | $3,386.90 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-15612  
Debtor Name: MICHAEL KOZLOWSKI  
Claims Bar Date: 9/15/2016  

Date: August 9, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1A 300 7100 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $87,710.95 | $87,710.95 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $618.52 | $618.52 |
| 3A 350 7200 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO, CA 95812-2952 | Unsecured | Interest and penalties | $0.00 | $846.73 | $846.73 |
| 400 4110 | BANK OF AMERICA | Secured | First Mortgage | $0.00 | $310,569.63 | $310,569.63 |
| | Case Totals | | | $0.00 | $463,951.53 | $463,951.53 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-15612
Case Name: MICHAEL KOZLOWSKI
Trustee Name: Miriam R. Stein

| | Balance on hand | | $ | 13,501.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | BANK OF AMERICA | $ 310,569.63 | $ 310,569.63 | $ 310,569.63 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 13,501.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 11,500.00 | $ 0.00 | $ 11,500.00 |
| Attorney for Trustee Fees: Zane L. Zielinski | $ 5,300.00 | $ 5,300.00 | $ 0.00 |
| Attorney for Trustee Expenses: Zane L. Zielinski | $ 300.15 | $ 300.15 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 1,746.70 | $ 0.00 | $ 1,746.70 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 33.80 | $ 0.00 | $ 33.80 |
| Other: Berkshire Hathaway HomeServices Real Estate | $ 11,500.00 | $ 11,500.00 | $ 0.00 |
| Other: COLDWELL BANKER | $ 8,500.00 | $ 8,500.00 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 13,280.50 |
| Remaining Balance | $ | 221.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 25,325.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | $ 21,938.15 | $ 0.00 | $ 191.70 |
| 3 | FRANCHISE TAX BOARD | $ 3,386.90 | $ 0.00 | $ 29.59 |
| | Total to be paid to priority creditors | | | $ 221.29 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,329.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | $ 87,710.95 | $ 0.00 | $ 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 618.52 | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

|  | Total to be paid to timely general unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 846.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | FRANCHISE TAX BOARD | $ 846.73 | $ 0.00 | $ 0.00 |

|  | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE