## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 16-15612 |
| | ) | |
| MICHAEL KOZLOWSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | **Hearing Date:** September 14, 2017 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Courtroom:** 680 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **September 14, 2017**, at **9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, or such other judge as may be sitting in her stead, in Courtroom 680 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: August 10, 2017

        Respectfully submitted,

    By: ___/s/ *Miriam R. Stein*___
        Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 16-15612 |
| | ) | |
| MICHAEL KOZLOWSKI, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $11,500.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $355,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $5,750.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $11,500.00 |

{STEIN/GENERAL/00050791.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                              $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    August 10, 2017                    /s/ Miriam R. Stein
                                                                        Miriam R. Stein, Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com