UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
MICHAEL KOZLOWSKI                   §     Case No. 16-15612
                                    §
                                    §
          Debtor                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 19,565.00                  Assets Exempt: 7,725.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  310,790.92     Claims Discharged
                                                  Without Payment:  132,159.96

Total Expenses of Administration:  44,209.08

---

    3) Total gross receipts of $ 355,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 355,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 282,580.00 | $ 310,569.63 | $ 310,569.63 | $ 310,569.63 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,209.08 | 44,209.08 | 44,209.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 25,325.05 | 25,325.05 | 221.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,561.00 | 89,176.20 | 89,176.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 374,141.00 | $ 469,279.96 | $ 469,279.96 | $ 355,000.00 |

    4)  This case was originally filed under chapter 7 on  05/06/2016 .  The case was pending for 18 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/09/2017                    By: /s/Miriam R. Stein
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7280 LAS PLUMAS LN TUJUNGA CA 91042-0000 LOS ANGELES | 1110-000 | 355,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$355,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer USA, Po Box 961275 Fort Worth, TX 76161 | | 9,590.00 | NA | NA | 0.00 |
| | Ume Federal Credit U, 3000 W Magnolia Blvd Burbank, CA 91505 | | 8,188.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | 264,802.00 | 310,569.63 | 310,569.63 | 310,569.63 |
| **TOTAL SECURED CLAIMS** | | | $ 282,580.00 | $ 310,569.63 | $ 310,569.63 | $ 310,569.63 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 11,500.00 | 11,500.00 | 11,500.00 |
| Closing Costs/Survey | 2500-000 | NA | 4,776.02 | 4,776.02 | 4,776.02 |
| Associated Bank | 2600-000 | NA | 80.09 | 80.09 | 80.09 |
| Taxes/Pro-Rations | 2820-000 | NA | 472.32 | 472.32 | 472.32 |
| Zane L. Zielinski | 3210-000 | NA | 5,300.00 | 5,300.00 | 5,300.00 |
| Zane L. Zielinski | 3220-000 | NA | 300.15 | 300.15 | 300.15 |
| Alan D. Lasko & Associates P. C. | 3410-000 | NA | 1,746.70 | 1,746.70 | 1,746.70 |
| Alan D. Lasko & Associates P. C. | 3420-000 | NA | 33.80 | 33.80 | 33.80 |
| Berkshire Hathaway HomeServices Real Estate | 3510-000 | NA | 11,500.00 | 11,500.00 | 11,500.00 |
| COLDWELL BANKER | 3510-000 | NA | 8,500.00 | 8,500.00 | 8,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 44,209.08 | $ 44,209.08 | $ 44,209.08 |

Case 16-15612    Doc 50    Filed 12/05/17    Entered 12/05/17 15:56:15    Desc Main
                          Document      Page 5 of 11

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 3 | FRANCHISE TAX BOARD | 5800-000 | NA | 3,386.90 | 3,386.90 | 29.59 |
| 1 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 21,938.15 | 21,938.15 | 191.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 25,325.05 | $ 25,325.05 | $ 221.29 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbe Group, 131 Tower Park Dri Waterloo, IA 50704 | | 102.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 459.00 | 618.52 | 618.52 | 0.00 |
| 1A | INTERNAL REVENUE SERVICE | 7100-000 | 91,000.00 | 87,710.95 | 87,710.95 | 0.00 |
| 3A | FRANCHISE TAX BOARD | 7200-000 | NA | 846.73 | 846.73 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 91,561.00 | $ 89,176.20 | $ 89,176.20 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-15612 JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|
| Case Name: | MICHAEL KOZLOWSKI | | | Date Filed (f) or Converted (c): | 05/06/2016 (f) |
| | | | | 341(a) Meeting Date: | 06/09/2016 |
| For Period Ending: | 11/09/2017 | | | Claims Bar Date: | 09/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7280 LAS PLUMAS LN TUJUNGA CA 91042-0000 LOS ANGELES | 359,000.00 | 359,000.00 | | 355,000.00 | FA |
| 2. 1999 BMW 325I MILEAGE: 187,000 | 925.00 | 925.00 | | 0.00 | FA |
| 3. 2008 DODGE RAM 1500 MILEAGE: 28000 | 11,065.00 | 11,065.00 | | 0.00 | FA |
| 4. BED, DRESSER, 2 NIGHT STANDS, SOFA, LOVE SEAT, RECLINER, COF | 1,000.00 | 500.00 | | 0.00 | FA |
| 5. PATIO SET , BARBEQUE GRILL, LAWNMOWER, AND POWER TOOLS | 200.00 | 0.00 | | 0.00 | FA |
| 6. 55" FLATSCREEN TV, HOME DESKTOP COMPUTER, PLAYSTATION 3, HOM | 300.00 | 0.00 | | 0.00 | FA |
| 7. HOCKEY STICK, HOCKEY SKATES, HOCKEY HELMET, HOCKEY PADS | 150.00 | 0.00 | | 0.00 | FA |
| 8. HYDROPONIC EQUIPMENT | 800.00 | 0.00 | | 0.00 | FA |
| 9. 9 MM BERETTA | 400.00 | 50.00 | | 0.00 | FA |
| 10. NECESSARY WEARING APPAREL AND SHOES. | 250.00 | 0.00 | | 0.00 | FA |
| 11. WELLS FARGO | 700.00 | 0.00 | | 0.00 | FA |
| 12. WELLS FARGO | 50.00 | 0.00 | | 0.00 | FA |
| 13. TD WATERHOUSE | 450.00 | 0.00 | | 0.00 | FA |
| 14. EMPLOYER - 401K | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. BOAT - EBBTIDE CAMPIONE 2000 | 9,000.00 | 812.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $386,290.00   $372,352.00   $355,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Debtor's property in CA sold on 1/31/17 for $359K. All assets are fully administered. Trustee preparing final tax return.

RE PROP #        3    --   DEBTOR REAFFIRMED CAR - 9/19/16

RE PROP #       15    --   REAFFIRMED BY DEBTOR - 12/6/16.

Initial Projected Date of Final Report (TFR): 12/30/2016          Current Projected Date of Final Report (TFR): 08/15/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15612 | Trustee Name: Miriam R. Stein |
| Case Name: MICHAEL KOZLOWSKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8796 |
| | Checking |
| Taxpayer ID No: XX-XXX8614 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/17 | | Escrow Time, Inc. 8315C Foothill Blvd. Sunland, CA 91040 | Sale of Debtor's real estate | | $19,182.03 | | $19,182.03 |
| | | | Gross Receipts $355,000.00 | | | | |
| | | Berkshire Hathaway HomeServices Real Estate | Brokers Commission ($11,500.00) | 3510-000 | | | |
| | | COLDWELL BANKER | Brokers Commission ($8,500.00) | 3510-000 | | | |
| | | Taxes/Pro-Rations | Real Estate Taxes ($472.32) | 2820-000 | | | |
| | | BANK OF AMERICA | Mortgage ($310,569.63) | 4110-000 | | | |
| | | Closing Costs/Survey | Closing Costs ($4,776.02) | 2500-000 | | | |
| | 1 | | 7280 LAS PLUMAS LN TUJUNGA CA 91042-0000 LOS ANGELES $355,000.00 | 1110-000 | | | |
| 03/23/17 | 101 | ZANE L. ZIELINSKI THE LAW OFFICE OF ZANE L. ZIELINSKI, PC 6336 N. CICERO AVENUE, SUITE 201 CHICAGO, IL 60646 | Professional Fees Approved by Court | | | $5,600.15 | $13,581.88 |
| | | Zane L. Zielinski | ($5,300.00) | 3210-000 | | | |
| | | Zane L. Zielinski | ($300.15) | 3220-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.00 | $13,560.88 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.51 | $13,541.37 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.13 | $13,521.24 |
| | | | Page Subtotals: | | $19,182.03 | $5,660.79 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-15612  
Case Name: MICHAEL KOZLOWSKI  
Taxpayer ID No: XX-XXX8614  
For Period Ending: 11/09/2017

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8796  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.45 | $13,501.79 |
| 09/14/17 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $11,500.00 | $2,001.79 |
| 09/14/17 | 103 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Distribution | | | $1,780.50 | $221.29 |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order. ($1,746.70) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order. ($33.80) | 3420-000 | | | |
| 09/14/17 | 104 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final distribution to claim 1 representing a payment of 0.87 % per court order. | 5800-000 | | $191.70 | $29.59 |
| 09/14/17 | 105 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Final distribution to claim 3 representing a payment of 0.87 % per court order. | 5800-000 | | $29.59 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,182.03 | $19,182.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,182.03 | $19,182.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,182.03 | $19,182.03 |

Page Subtotals: $0.00  $13,521.24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8796 - Checking | $19,182.03 | $19,182.03 | $0.00 |
|  | $19,182.03 | $19,182.03 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $335,817.97 |
| Total Net Deposits: | $19,182.03 |
| Total Gross Receipts: | $355,000.00 |

Page Subtotals:   $0.00   $0.00